UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN DALE BEST,<br><br>     Petitioner,<br><br> v.<br><br>KARIN ARNOLD,<br><br>     Respondent. | Case No. C25-1689-JLR-MLP<br><br>ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* |

  Petitioner's application to proceed with this federal habeas action *in forma pauperis* (dkt. # 3) is GRANTED. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

  DATED this 30th day of September, 2025.

                     MICHELLE L. PETERSON
                     United States Magistrate Judge