UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN DALE BEST,

                          Petitioner,          Case No. C25-1689-JLR-MLP

        v.

KARIN ARNOLD,                                  ORDER DIRECTING RESPONDENT TO
                                               SUPPLEMENT RECORD

                          Respondent.

        This is a federal habeas action brought under 28 U.S.C. § 2254. Petitioner's federal

habeas petition is currently ripe for consideration. However, a review of the record reveals that

the transcripts of Petitioner's trial are not a part of the state court record previously submitted by

Respondent. (*See* dkt. # 15.) The Court requires these transcripts before it can proceed to

resolution of Petitioner's federal habeas claims. Accordingly, the Court hereby ORDERS as

follows:

        (1)     Respondent shall submit, not later than ***February 20, 2026***, the verbatim report of

proceedings from Petitioner's state court trial, including all trial testimony and any portions of

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT RECORD - 1

the jury voir dire relevant to Petitioner's claims. Respondent's answer to Petitioner's federal habeas petition (dkt. # 14) is RE-NOTED on the Court's calendar for consideration on that date.

(2)     The Clerk shall send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable James L. Robart.

DATED this 5th day of February, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
SUPPLEMENT RECORD - 2