UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN DALE BEST,

            Petitioner,

    v.

KARIN ARNOLD,

            Respondent.

CASE NO. C25-1689JLR

ORDER

Before the court are (1) United States Magistrate Judge Michelle L. Peterson's report and recommendation, in which she recommends that the court deny *pro se* Petitioner Kevin Dale Best's 28 U.S.C. § 2254 petition for writ of habeas corpus, dismiss this action with prejudice, and deny a certificate of appealability; and (2) Mr. Best's objections thereto.  (R&R (Dkt. # 20); Obj. (Dkt. # 21); *see* Petition (Dkt. # 6).)  A district court has jurisdiction to review a magistrate judge's report and recommendation on dispositive matters.  Fed. R. Civ. P. 72(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate

ORDER - 1

judge." 28 U.S.C. § 636(b)(1)(C). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo* if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Mr. Best raises six objections to the report and recommendation. First, he objects to the report and recommendation's inclusion of a recitation of background facts from a Washington Court of Appeals case that predated his trial. (Obj. at 3-4.) Second, he objects to Magistrate Judge Peterson's determination that the state courts reasonably rejected his claim that the jury's verdict in his case was not based on sufficient evidence. (*Id.* at 4-6.) Third, he objects to Magistrate Judge Peterson's determination that the cumulative error doctrine did not require that his convictions be vacated. (*Id.* at 6-9.) Fourth, he objects to the denial of his objections to Respondent's submission of the record of his state court proceedings. (*Id.* at 9-10.) Fifth, he objects to Magistrate Judge Peterson's conclusion that the prosecutor in his state-court case provided a race-neutral explanation for using a peremptory strike against an Asian juror. (*Id.* at 10-11.) Finally, Mr. Best objects to Magistrate Judge Peterson's recommendation that the court deny a certificate of appealability. (*Id.* at 11-12.)

The court has carefully considered the report and recommendation, Mr. Best's objections, the relevant portions of the record, and the governing law. Having reviewed the report and recommendation *de novo* in light of Mr. Best's objections, the court agrees with Magistrate Judge Peterson's analysis and recommendations. Accordingly, the court OVERRULES Mr. Best's objections (Dkt. # 21); ADOPTS the report and

ORDER - 2

recommendation (Dkt. # 20); DENIES Mr. Best's petition for writ of habeas corpus; DISMISSES this action with prejudice; and DENIES a certificate of appealability. The Clerk is DIRECTED to send copies of this order to Mr. Best and to Magistrate Judge Peterson.

Dated this 22nd day of May, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3